Wyatt M. Bailey (020356)
wbailey@meagher.com
Alden A. Thomas (031900)
athomas@meagher.com
Thomas H. Crouch (020134)
tcrouch.com@meagher.com
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, Arizona 85258
Telephone: (480) 607-9719
Facsimile:  (480) 607-9780
tcrouch@meagher.com
wbailey@meagher.com
athomas@meagher.com
*Attorneys for Plaintiff Travelers Property Casualty Company of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Property Casualty Company Of America, a corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Village Voice Media Holdings, L.L.C., d/b/a Backpage.com; Backpage.com, L.L.C.; New Times Media, L.L.C., d/b/a Backpage.com,<br><br>　　　　　　　　Defendants. | No. 2:17-cv-03994-SPL<br><br>**PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S STATEMENT OF OWNERSHIP AND STATE OF CITIZENSHIP OF LLC DEFENDANTS** |

Pursuant to this Court's October 31, 2017 order, Plaintiff Travelers Property Casualty Company of America ("Travelers") hereby provides the following list detailing the identity

and state of citizenship of each of the owners and members of the Defendants. Travelers notes that each of the defendants are privately held Delaware limited liability companies. Such citizenship operates to obscure, deliberately or unintentionally, the identity of upstream owners and members. Travelers has conducted extensive due diligence on the ownership and membership of each defendant entity, including general research, court filings in other cases and, more importantly, the January 10, 2017 Staff Report issued by the United States Senate Permanent Subcommittee on Investigations and its Appendix (totaling 839 pages) (entitled **BACKPAGE COM'S KNOWING FACILITATION OF ONLINE SEX TRAFFICKING** (the "Senate Backpage.com Report")). That report concluded, at least with respect to Backpage.com, LLC ("Backpage"), that Backpage has attempted to obscure the identity of its members and owners through a number of domestic and foreign transactions. Notwithstanding the foregoing, Travelers states, upon good faith information and belief:

**(1)     Village Voice Media Holdings, LLC**

Village Voice Media Holdings, LLC is a privately held Delaware limited liability company. According to the Senate Backpage.com Report, by 2012 the members of Village Voice Media Holdings, LLC had transferred all of their membership interests into Medalist Holdings, LLC, also a privately held Delaware limited liability company. Upon good faith information and belief, Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC's members are: Michael Lacey, James Larkin, John Brunst, Scott Spear, Troy Larkin, and Ramon Larkin. Upon good faith information and belief, Lacey, James Larkin, Brunst, and Spear are citizens of the state of Arizona. Upon good faith information and belief, Troy Larkin is a citizen of the state of New York. Upon good faith information and belief, Ramon Larkin is a citizen of the state of Missouri.

Therefore, for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332, Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC is a citizen of the states of

Arizona, Missouri and New York, and no member of Defendant Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC is a citizen of the state of Connecticut.

Conversely, documentation in the Appendix to the Senate Backpage Report (specifically App. 000433-000440) refers to the members of Village Voice Media Holdings, LLC transferring the entirety of their membership interests into Medalists Holdings, Inc., a privately held Delaware corporation. If true, for the purposes of determining diversity jurisdiction under 28 U.S.C. § 1332, Village Voice Media Holdings, LLC n/k/a Medalist Holding, Inc. is a citizen of the state of Delaware and it is not a citizen of the state of Connecticut.

**(2)    Backpage.com L.L.C.**

Backpage.com, LLC is a privately held Delaware limited liability company. Upon good faith information and belief, its operations are split into domestic and international services that are owned by two members. Upon good faith information and belief, the member that owns Backpage's domestic operations is Atlantische Bedrijven C.V., a Dutch limited liability partnership domiciled in Curacao. Upon good faith information and belief, the member that owns Backpage's foreign operations is UGC Tech Group C.V., a Dutch limited liability partnership domiciled in Curacao. Upon good faith information and belief, and specifically according to information contained in the Senate Backpage.com Report, Atlantische Bedrijven C.V. and UGC Tech Group C.V. are owned and controlled by five Delaware-based parent companies: Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, and CF Acquisitions. Upon good faith information and belief, Amstel River Holdings, LLC Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, and CF Acquisitions are 100% owned by Carl Ferrer, a citizen of Texas. Therefore, for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332, Backpage.com, LLC is a citizen of the state of Texas. Moreover, no member of Defendant Backpage.com or its parent Members is a citizen of the state of Connecticut.

**(3)   New Times Media, LLC**

New Times Media, LLC is a privately held Delaware limited liability company. Upon good faith information and belief, it is a wholly owned subsidiary whose ultimate parent, according to the Senate Backpage Report, is Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC. Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC is a privately held Delaware limited liability company. Upon good faith information and belief, Village Voice Media Holdings, LLC n/k/a Medalist Holding, LLC's members are: Michael Lacey, James Larkin, John Brunst, Scott Spear, Troy Larkin, and Ramon Larkin. Upon good faith information and belief, Lacey, James Larkin, Brunst, and Spear are citizens of the state of Arizona.  Upon good faith information and belief, Troy Larkin is a citizen of the state of New York.  Upon good faith information and belief, Ramon Larkin is a citizen of the state of Missouri.

Therefore, for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332, New Times Media, LLC is a citizen of the states of Arizona, Missouri and New York. Moreover, no member of Defendant New Times Media, LLC, or its parent Members, is a citizen of the state of Connecticut.

Conversely, documentation in the Appendix to the Senate Backpage Report (specifically App. 000433-000440), refers to the members of Village Voice Media Holdings, LLC transferring the entirety of their membership interests into Medalist Holdings, Inc., a privately held Delaware corporation. If true, for the purposes of determining diversity jurisdiction under 28 U.S.C. § 1332, Village Voice Media Holdings, LLC n/k/a Medalist Holding, Inc. is a citizen of the state of Delaware, and is not a citizen of the state of Connecticut.

Upon good faith information and belief, no publicly held corporation owns any interest in Backpage.com, LLC, New Times Media, LLC, or Village Voice Media Holdings, LLC.

In conclusion, and upon good faith information and belief, Plaintiff is not a citizen of the same State as any Defendant or any of the Defendants' respective owners or members for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332.

DATED this 7th day of November, 2017.

                MEAGHER & GEER, P.L.L.P.


                By: /s/Wyatt M. Bailey
                     Wyatt M. Bailey
                     Alden A. Thomas
                     Thomas H. Crouch
                     8800 N. Gainey Center Dr., Suite 261
                     Scottsdale, Arizona  85258
                     *Attorneys for Plaintiff Travelers Property Casualty Company of America*

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically transmitted the attached documents to the court clerk's office using the CM/ECF system for filing and thereby transmitted a notice of electronic filing to the following CM/ECF registrants:

                Clerk of Court
                *United States District Court*
                District of Arizona – Phoenix
                401 W. Washington Street, Suite 130
                Phoenix, Arizona  85007


By: /s/Judy Mannino
*11838568.1*