IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Property Casualty Company of America,<br><br>             Plaintiff,<br><br>vs.<br><br>Village Voice Media Holdings, LLC, et al.,<br><br>             Defendants. | No. CV-17-03994-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss (Doc. 21). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 21) is **granted**;
2. That this action is **dismissed without prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall **terminate** this action.

Dated this 23rd day of March, 2018.

Honorable Steven P. Logan
United States District Judge